# United States Court of Appeals
## For the First Circuit

No. 12-1233

KG URBAN ENTERPRISES, LLC,

Plaintiff, Appellant,

v.

DEVAL L. PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts; CHAIRMAN AND COMMISSIONERS OF THE MASSACHUSETTS GAMING COMMISSION, in their official capacities,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 1, 2012, is amended as follows:

On page 37, line 18, "affairs" in the phrase "Office of Hawaiian affairs" is capitalized.

On page 48, line 11 of footnote 26, the word "Tribe's" is made lowercase.

On page 55, line 1, "to" is inserted between "authority" and "take".